LAWRENCE H. DE WOLF, Appellant, *v.* EDWIN C. DURFEE, Respondent.

(Submitted September 23, 1878; decided October 4, 1878.)

*Cary & Jewell* for appellant.

*Henderson & Wentworth* for respondent.

Agree to dismiss appeal. No opinion.
All concur, except MILLER and EARL, JJ., absent.
Appeal dismissed.

----

WILLIAM McKAY, Appellant, *v.* THE CITY OF BUFFALO, Respondent.

(Argued September 30, 1878; decided October 4, 1878.)

*John C. Strong* for appellant.

*Frank R. Perkins* for respondent.

Agree to affirm, with leave to defendant to amend on payment of costs. No opinion.
All concur, except MILLER and EARL, JJ., absent.
Judgment accordingly.